# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYAN LAMAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 08-CV-0002-MJR |
| OFFICER J.B. HAMMEL, OFFICER ITAL, OFFICER M. VAUGHN, OFFICER TAPLEY, OFFICER OTTA, UNKNOWN JACKSON COUNTY OFFICERS, JACKSON COUNTY, and CITY OF CARBONDALE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**REAGAN, District Judge:**

On January 3, 2008, Lamar filed the above-captioned action in the Southern District of Illinois (Doc. 3). Before any defendant answered, Lamar filed an amended complaint on February 5, 2008 (Doc. 7). Lamar seeks recovery under 42 U.S.C. § 1983 and alleges that police officers employed by the City of Carbondale and/or Jackson County violated his constitutional rights by falsely arresting him, using excessive force, conspiring to violate his rights, and denying him equal protection of the law. In Counts 5 and 6, Lamar also seeks that the City of Carbondale and Jackson County be held liable for any judgment against the officers under 745 ILCS 10/9-102.

On February 12, 2008, the City of Carbondale moved to dismiss Count 5 in its entirety (Doc. 13). Lamar's response was due by March 17, 2008 (see Doc. 18). Apparently, Lamar attempted to file such a response on March 14, 2008 (Doc. 29), but that filing was stricken due to Lamar's failure to comply with the Court's e-filing rules (see Doc. 30). Despite the issuance of a notice clearly stating that the document must be re-filed, Lamar neglected to do so.

-1-

Additionally, on March 27, 2008, Jackson County moved the Court to dismiss Count 6 (Doc. 32). Though, Lamar's response to the motion was due by April 29, 2008 (see Doc. 34) no such response was ever filed.

**Local Rule 7.1(c)** provides: "Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion." Despite the fact that Lamar's response to the City of Carbondale's motion to dismiss is currently six months late, and his response to Jackson County's motion to dismiss is nearly five months late, he has never once sought an extension of time in which to file an answering brief.

In light of this failure to respond, the Court hereby **GRANTS** the defendants' motions to dismiss (Docs. 13 & 32) and **DISMISSES** Counts 5 and 6 **without prejudice** pursuant to Rule 7.1(c). As a result, Jackson County and the City of Carbondale are **DISMISSED** from this action, as none of the remaining counts state any allegations against them.

**IT IS SO ORDERED.**

**DATED this 16th day of September 2008.**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**