# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYAN LAMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-CV-0002-MJR |
| ) | |
| OFFICER J.B. HAMMEL, ) | |
| OFFICER ITAL, ) | |
| OFFICER M. VAUGHN, ) | |
| OFFICER TAPLEY, OFFICER OTTA, ) | |
| UNKNOWN JACKSON COUNTY ) | |
| OFFICERS, JACKSON COUNTY, and ) | |
| THE CITY OF CARBONDALE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**REAGAN, District Judge:**

On January 3, 2008, Plaintiff Bryan Lamar filed this action. On February 5, 2008, Lamar amended his complaint, at which time Jackson County was added as a defendant. On October 15, 2008, Lamar and Jackson County jointly filed what they refer to as a stipulation for dismissal (Doc. 56). However, because parties have filed answers in this case (Docs. 14, 15, 16, 17, 33), a stipulation is only effective to dismiss parties or claims if it is signed by all parties who have appeared. **FED.R.CIV.PRO. 41(a)(1).** The instant stipulation does not meet that requirement. Accordingly, the Court construed the parties' filing (Doc. 56) as a motion seeking dismissal by a court order, pursuant to **Rule 41(a)(2)** (see Doc. 58). As a result, the Court directed any defendants wishing to respond or object to the motion to dismiss to file any such objection no later than October 24, 2008 (Doc. 58). No objections were filed.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** provides that where a defendant has

answered the complaint or filed a motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Having fully considered this matter, the Court now **GRANTS** the motion to voluntarily dismiss (Doc. 56) and **DISMISSES** Lamar's claims against Jackson County **with prejudice.** Consequently, the Court also **DENIES AS MOOT** Jackson County's motion to dismiss (Doc. 32).

Lamar's claims against all other defendants remain pending.

**IT IS SO ORDERED.**

**DATED this 27th day of October 2008.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**